# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 21-2601

RONALD ROGERS,

Appellant

v.

SUPERINTENDENT, S.C.I. GREENE,
et al.,

Appellees.

On Appeal from Order of United States District Court,
Eastern District of Pennsylvania (Slomsky, J.) entered
August 10, 2021, in Civil Action No. 2-19-cv-05663

## ADDENDUM TO JOINT APPENDIX

LEIGH M. SKIPPER
Chief Federal Defender

KATHERINE THOMPSON
Assistant Federal Defender
HAYDEN NELSON-MAJOR
Research & Writing Attorney
Federal Community Defender Office
 Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

*Counsel for Appellant, Ronald Rogers*

Dated: June 2, 2022

Query   Reports   Utilities   Help   Log Out

CLOSED,APPEAL,HABEAS,PSO

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:19-cv-05663-JHS

ROGERS v. GILMORE et al  
Assigned to: HONORABLE JOEL H. SLOMSKY  
Case in other court: USCA, 21-02601  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/02/2019  
Date Terminated: 08/11/2021  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus: (General)  
Jurisdiction: Federal Question

**Petitioner**

**RONALD ROGERS**    represented by **RONALD ROGERS**  
HV-2163  
SCI-GREENE  
169 PROGRESS DRIVE  
WAYNESBURG, PA 15370  
*PRO SE*

V.

**Respondent**

**SUPERINTENDENT ROBERT GILMORE**    represented by **JOSHUA SCOTT GOLDWERT**  
PHILADELPHIA DISTRICT ATTORNEY'S OFFICE  
THREE SOUTH PENN SQUARE  
PHILADELPHIA, PA 19107-3499  
215-686-8000  
Email: joshua.goldwert@phila.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Respondent**

**THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA**    represented by **JOSHUA SCOTT GOLDWERT**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Respondent**

**THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA**    represented by **JOSHUA SCOTT GOLDWERT**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2019 | 1 | Petition for Writ of Habeas Corpus (Filing fee $5 receipt number PPE207594) filed by RONALD ROGERS. (Attachments: # 1 Civil Coversheets)(mbh, ) (Entered: 12/03/2019) |
| 12/02/2019 | 2 | PRO SE NOTICE RE:GUIDELINES (mbh, ) (Entered: 12/03/2019) |
| 12/12/2019 | 3 | ORDERED THAT THE ABOVE CAPTIONED CASE IS REFERRED TO THE HONORABLE CAROL SANDRA MOORE WELLS FOR A REPORT AND RECOMMENDATION ETC. AND THE CLERK OF COURT SHALL PROVIDE THE DISTRICT ATTORNEY'S OFFICE OF PHILADELPHIA COUNTY WITH A COPY OF THE PETITION. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 12/12/19. 12/12/19 ENTERED AND COPIES MAILED TO PETITIONER.(jaa, ) (Entered: 12/13/2019) |
| 12/12/2019 | | COPY OF PETITION, ORDER AND DOCKET SENT TO DISTRICT ATTORNEY'S OFFICE PHILADELPHIA COUNTY BY EMAIL. (jaa, ) (Entered: 12/13/2019) |
| 12/17/2019 | 4 | ORDER THAT THE DISTRICT ATTORNEY SHALL FILE SPECIFIC AND DETAILED ANSWERS WITHIN 45 DAYS FROM THE DATE OF THIS ORDER. THE CLERK OF THE QUARTER SESSIONS COURT OF PHILADELPHIA COUNTY SHALL FILE WITH THE CLERK OF COURT COPIES OF ALL RECORDS AS OUTLINED HEREIN. SIGNED BY MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS ON 12/17/2019. 12/18/2019 ENTERED AND COPIES MAILED TO PRO SE.(amas) (Entered: 12/18/2019) |
| 12/18/2019 | | COPY OF ORDER, DOCKET AND PETITION FAXED TO THE PHILA. COURT OF COMMON PLEAS. E-MAILED COPY OF ORDER, DOCKET AND PETITION TO PHILA. D.A. MAILED CERTIFIED WITH COPY OF ORDER, DOCKET AND PETITION TO THE PHILA. D.A. AND 2 ATTY GENERAL ADDRESSES. (amas) (Entered: 12/18/2019) |
| 01/30/2020 | 5 | MOTION for Extension of Time to File Response/Reply *to Petition for Writ of Habeas Corpus* filed by ROBERT GILMORE, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA.Certificate of Service.Motions referred to CAROL SANDRA MOORE WELLS.(GOLDWERT, JOSHUA) (Entered: 01/30/2020) |
| 02/05/2020 | 6 | ORDER THAT RESPONDENTS' MOTION TO EXTEND TIME TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS IS GRANTED. ON OR BEORE 4/30/20, RESPONDENT SHALL FILE HIS LEGAL MEMORANDUM. SIGNED BY MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS ON 2/5/20. 2/6/20 ENTERED AND COPIES MAILED TO PRO SE PETITIONER AND E-MAILED.(mbh, ). (Entered: 02/06/2020) |
| 02/11/2020 | | STATE COURT RECORD RECEIVED ON 2/11/20 FROM THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY AND FORWARDED TO THE CHAMBERS OF THE HONORABLE CAROL SANDRA MOORE WELLS, UNITED STATES MAGISTRATE JUDGE. (jpd ) (Entered: 02/11/2020) |
| 02/11/2020 | 7 | Receipt of State Court Record on 2/11/20, sent from CLERKS OFFICE to CHAMBERS OF MAGISTRATE JUDGE WELLS. (jpd, ) (jpd, ) (Entered: 02/12/2020) |
| 03/13/2020 | 8 | Response to Petition for Writ of Habeas Corpus by ROBERT GILMORE, THE |

| | | |
|---|---|---|
| | | ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (GOLDWERT, JOSHUA) (Entered: 03/13/2020) |
| 05/22/2020 | 9 | PETITIONERS MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENTS RESPONSE TO ORDER TO SHOW CAUSE filed by RONALD ROGERS.PROOF OF SERVICE.Motions referred to CAROL SANDRA MOORE WELLS. (jaa, ) (Entered: 05/22/2020) |
| 05/26/2020 | 10 | ORDERED THAT THE MOTION (DOCUMENT NO. 9) IS GRANTED AND ON OR BEFORE AUGUST 24, 2020, PETITIONER SHALL FILE HIS LEGAL MEMORANDUM.SIGNED BY MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS ON 5/26/20.5/26/20 ENTERED AND COPIES E-MAILED. *NOT MAILED TO PLAINTIFF. (jaa, ) (Entered: 05/26/2020) |
| 06/24/2020 | 11 | MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENTS RESPONSE WITH CERTIFICATE OF SERVICE filed by RONALD ROGERS.CERTIFICATE OF SERVICE.Motions referred to CAROL SANDRA MOORE WELLS.(jaa, ) (Entered: 06/26/2020) |
| 06/29/2020 | 12 | ORDERED THAT THE MOTION DOC. NO. 11 IS GRANTED; ON OR BEFORE JULY 31, 2020, RESPONDENT SHALL FILE HIS LEGAL MEMORANDUM. SIGNED BY MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS ON 6/29/20.6/29/20 ENTERED AND COPIES NOT MAILED TO PRO SE PETITIONER AND E-MAILED. (jpd, ) (Entered: 06/29/2020) |
| 07/01/2020 | | DOC. NOS. 10 AND 12 MAILED TO PRO SE ON 7/1/20. (amas, ) (Entered: 07/01/2020) |
| 10/16/2020 | 13 | Letter dated 10/13/2020 by RONALD ROGERS (dmc, ) (Entered: 10/21/2020) |
| 10/16/2020 | 14 | Letter dated 10/16/2020 re: Status Update (Attachments: # 1 DOCKET STATUS) (dmc, ) (Entered: 10/21/2020) |
| 12/11/2020 | 15 | Letter dated 12/6/20 by RONALD ROGERS requesting status of case. (er, ) (Entered: 12/14/2020) |
| 01/20/2021 | 21 | Letter dated 12/15/2020 by RONALD ROGERS (dmc, ) (Entered: 03/12/2021) |
| 01/20/2021 | 22 | Letter dated 1/20/2021 re: STATUS UPDATE(dmc, ) (Entered: 03/12/2021) |
| 01/26/2021 | 16 | REPORT AND RECOMMENDATION THAT PETITIONERS FIRST CLAIM BE GRANTED, AND HIS SECOND CLAIM BE DENIED, WITHOUT AN EVIDENTIARY HEARING. THE COMMONWEALTH SHALL RETRY PETITIONER WITHIN ONE-HUNDRED EIGHTY (180) DAYS OF THE ORDER APPROVING AND ADOPTING THIS RECOMMENDATION, OR PETITIONER SHALL BE RELEASED FROM CUSTODY. AS TO HIS SECOND CLAIM, PETITIONER HAS NOT DEMONSTRATED THAT ANY REASONABLE JURIST COULD FIND THIS COURTS RULING DEBATABLE, NOR SHOWN DENIAL OF A FEDERAL CONSTITUTIONAL RIGHT; HENCE, THERE IS NO PROBABLE CAUSE TO ISSUE A CERTIFICATE OF APPEALABILITY FOR HIS SECOND CLAIM.. SIGNED BY MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS ON 1/26/21. (Attachments: # 1 Text of Proposed Order, # 2 Civ 623) 1/27/21 ENTERED AND COPIES NOT MAILED TO PRO SE AND E-MAILED.(jpd, ) (Entered: 01/27/2021) |
| | | |

| | | |
|---|---|---|
| 02/08/2021 | 17 | MOTION for Extension of Time to File *Objections to Report and Recommendation* filed by ROBERT GILMORE, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA.Certificate of Service.(GOLDWERT, JOSHUA) (Entered: 02/08/2021) |
| 02/09/2021 | 18 | ORDERED THAT RESPONDENTS MOTION DOC. NO. 17 IS GRANTED. RESPONDENTS SHALL FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION DOC. NO. 16 BY MARCH 8, 2021.. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 2/9/21.2/9/21 ENTERED AND COPIES NOT MAILED TO PRO SE AND E-MAILED.(jpd, ) (Entered: 02/09/2021) |
| 02/09/2021 | | Set/Reset Deadlines as to 16 REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus filed by RONALD ROGERS. OBJECTIONS TO R&R DUE BY 3/8/2021 (jpd, ) (Entered: 02/09/2021) |
| 02/10/2021 | | DOC. NO. 18 MAILED TO PRO SE PETITIONER (ems) (Entered: 02/10/2021) |
| 03/08/2021 | 19 | OBJECTIONS to 16 Report and Recommendations by ROBERT GILMORE, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA. Certificate of Service. (GOLDWERT, JOSHUA) Modified on 3/10/2021 (tjd). (Entered: 03/08/2021) |
| 03/09/2021 | 20 | ***(Court Only) Civ624 Notice to the Court regarding Report and Recommendation.(jpd, ) (Entered: 03/09/2021) |
| 04/06/2021 | 23 | Letter dated 4/2/21 by RONALD ROGERS (sbt, ) (Entered: 04/06/2021) |
| 04/06/2021 | 24 | Letter dated 4/6/21 Re: Status Update (Attachments: # 1 Docket Entries)(sbt, ) (Entered: 04/06/2021) |
| 06/07/2021 | 25 | Letter dated 6/4/21 by RONALD ROGERS (sbt, ) (Entered: 06/07/2021) |
| 06/07/2021 | 26 | Letter dated 6/7/21 Re: Status Update (Attachments: # 1 Docket Entries)(sbt, ) (Entered: 06/07/2021) |
| 08/10/2021 | 27 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/10/21. 8/11/21 ENTERED AND COPIES NOT MAILED TO PRO SE AND E-MAILED.(mbh, ) (Entered: 08/11/2021) |
| 08/10/2021 | 28 | ORDER THAT RESPONDENTS' OBJECTION [ECF #19] TO THE REPORT AND RECOMMENDATION ON CLAIM ONE IN THE PETITION IS SUSTAINED. RESPONDENTS' OBJECTION [ECF #19] TO THE REPORT AND RECOMMENDATION ON CLAIM TWO IN THE PETITION IS SUSTAINED. THE REPORT AND RECOMMENDATION [ECF #16] IS APPROVED AND ADOPTED ON THE MERITS OF CLAIM TWO. PETITIONER'S PRO SE PETITION FOR WRIT OF HABEAS CORPUS IS DENIED. A CERTIFICATE OF APPEALABILITY SHALL ISSUE. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/10/21. 8/11/21 ENTERED AND COPIES NOT MAILED TO PRO SE AND E-MAILED.(mbh, ) Modified on 8/12/2021 (tjd). (Entered: 08/11/2021) |
| 08/10/2021 | 29 | ORDER THAT THE COURT CERTIFIES THT THERE IS PROBABLE CAUSE FOR AN APPEAL IN THIS PROCEEDING ON CLAIMS ONE AND TWO OF PETITIONER'S PRO SE PETITION FOR WRIT OF HABEAS CORPUS. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/10/21. 8/11/21 ENTERED AND COPIES NOT MAILED TO PRO SE AND E-MAILED.(mbh, ) (Entered: 08/11/2021) |

| | | |
|---|---|---|
| 08/12/2021 | | PLEADING #27-29 MAILED TO PRO SE (JL ) (Entered: 08/12/2021) |
| 08/23/2021 | 30 | NOTICE OF APPEAL WITH PROOF OF SERVICE. *NO FEE FILING OR IFP. Copies to Judge, Clerk USCA, Appeals Clerk and (jaa, ) Modified on 8/26/2021 (jaa, ). (Entered: 08/25/2021) |
| 08/26/2021 | 31 | NOTICE of Docketing Record on Appeal from USCA re 30 Notice of Appeal filed by RONALD ROGERS. USCA Case Number 21-2601 (jaa, ) (Entered: 08/26/2021) |
| 08/26/2021 | 32 | NOTICE OF APPEAL WITH PROOF OF SERVICE by RONALD ROGERS. Copies to Judge, Clerk USCA, Appeals Clerk and *NO FILING FEE OR IFP. (jaa, ) (Entered: 08/27/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/02/2022 10:20:52 | | | |
| **PACER Login:** | Paefpd0347 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-05663-JHS |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

# **CERTIFICATE OF SERVICE**

I, KATHERINE THOMPSON, hereby certify that on this date I caused a copy of the foregoing Addendum to Joint Appendix to be served on the following persons via the Court's electronic delivery system:

Matthew Stiegler, Esq.
Shoshana D. Silverstein, Esq.
Philadelphia County Office Of District Attorney
3 South Penn Square
Philadelphia, Pa 19107

/s/ KATHERINE THOMPSON
KATHERINE THOMPSON

Dated: June 2, 2022